AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Jesus LOPEZ<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  26-1297 MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 22, 2026_____ in the county of _____Luna_____ in the

state and     District of _____New Mexico_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| COUNT 1: 8 USC 1324(a)(1)(A)(v)(I) | engaged in a conspiracy to commit a violation of 8 USC 1324(a)(1)(a)(v)(I) Conspiracy, to wit: 8 USC 1324(a)(1)(a)(ii) Transporting, knowing or in reckless disregard of the fact that, ALIENS, had come to, entered, or remained in the United Sates in violation of law, transport, or move or attempt to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law |

This criminal complaint is based on these facts:
On March 22, 2026, Border Patrol Agents (BPAs) assigned to the Deming, New Mexico Station disrupted an alien smuggling operation. During this incident, the driver of a 2005 H2 Hummer, identified as Matthew WILDERMAN, was apprehended and subsequently prosecuted for transporting three undocumented aliens. At the time of the encounter, agents observed a white Mercedes operating in tandem with the Hummer. BPAs conducted a stop of the Mercedes and identified the driver as Jesus LOPEZ, who was also the registered owner of both the Mercedes and

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Stephen R. Salcido, BORDER PATROL AGENT
*Printed name and title*

Electronically submitted and telephonically sworn to before me:

Date: ___03/27/2026___

_____
*Judge's signature*

**DAMIAN L. MARTINEZ**
**U.S. MAGISTRATE JUDGE**
*Printed name and title*

City and state: _____Las Cruces, New Mexico_____

District Of New Mexico

U.S. v.    Jesus LOPEZ

Criminal Complaints (Continued)

the Hummer. LOPEZ was released at that time, as BPAs lacked sufficient information regarding his connection to the smuggling operation at that point in the investigation.

On March 25, 2026, Jesus LOPEZ voluntarily appeared at the Deming Border Patrol Station in Luna County, New Mexico, to retrieve his personal belongings from the Hummer H2. BPAs administered the Miranda Rights Warning to LOPEZ via Government Form 1-214 in the English language. LOPEZ read and signed the form, acknowledging his understanding of his rights and his willingness to provide a voluntary statement and answer questions without the presence of an attorney.

The following is a summary of LOPEZ's post-Miranda voluntary statement regarding his involvement in the smuggling scheme:

LOPEZ admitted that on March 22, 2026, he was acting as a scout or lookout for the smuggling scheme in which WILDERMAN participated. LOPEZ stated that he lent WILDERMAN the Hummer H2 and expected compensation for its use. He further stated that he scouted the Border Patrol checkpoint to determine whether it was operational, knowing that WILDERMAN was transporting undocumented aliens. LOPEZ stated that the aliens were destined for Albuquerque, New Mexico.

Conclusion:
Based on the foregoing facts, the affiant believes there is probable cause to conclude that Jesus LOPEZ violated Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) (Conspiracy). This case was presented to Assistant United States Attorney (AUSA) Mark Saltman, who accepted prosecution. Jesus LOPEZ will be charged accordingly under 8 U.S.C. _ 1324 (Conspiracy).

_____
Signature of Judicial Officer

_____
Signature of Complainant

Salcido, Stephen R.
Filing Agent